# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                Case Number:   19-cv-7661

Steven Hernandez, Plaintiff

vs.

BCS Financial Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Steven Hernandez

| | |
|---|---|
| NAME (Type or print) <br> Kent M. Lucaccioni | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Kent M. Lucaccioni | |
| FIRM <br> Kent M. Lucaccioni, Ltd. | |
| STREET ADDRESS   20 South Clark Street, Ste. 1700 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6197689 | TELEPHONE NUMBER <br> (312) 425-0401 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES  X          NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐          NO x |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X   NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES  X      NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |