# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 19-cv-7661 |
| Steven Hernandez, Plaintiff | |
| vs. | |
| BCS Financial Corporation | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Steven Hernandez

| |
|---|
| NAME (Type or print)<br>Vincent B. Browne |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Vincent B. Browne |
| FIRM<br>Kent M. Lucaccioni, Ltd. |
| STREET ADDRESS   20 South Clark Street, Ste. 1700 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6242593 | TELEPHONE NUMBER<br>(312) 425-0401 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?       YES     NO **X** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?      YES ☐      NO x |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?       YES X   NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES **X**   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |