**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Steven Hernandez, Plaintiff      Case Number: 19-cv-7661
            vs.
            BCS Financial Corporation

An appearance is hereby filed by the undersigned as attorney for:

William F. Dugan

Attorney name (type or print): William F. Dugan

Firm: Baker McKenzie

Street address: 300 East Randolph Street, Suite 5000

City/State/Zip: Chicago, IL 60601

Bar ID Number: 749091                          Telephone Number: 314-861-4208
(See item 3  in instructions)

Email Address: william.dugan@bakermckenzie.com

Are you acting as lead counsel in this case?           ☑ Yes    ☐ No

Are you acting as local counsel in this case?          ☐ Yes    ☑ No

Are you a member of the court's trial bar?             ☑ Yes    ☐ No

If this case reaches trial, will you act as the trial attorney?   ☑ Yes    ☐ No

If this is a criminal case, check your status.         ☐ Retained Counsel

                                                       ☐ Appointed Counsel
                                                         If appointed counsel, are you

                                                           ☐ Federal Defender

                                                           ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/12/2019

Attorney signature:     S/ William F. Dugan
                        (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015