U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: Steven Hernandez, Plaintiff
vs.
BCS Financial Corporation

Case Number: 19-cv-7661

An appearance is hereby filed by the undersigned as attorney for:

A. Remi Balogun

Attorney name (type or print): A. Remi Balogun

Firm: Baker McKenzie

Street address: 300 East Randolph Street, Suite 5000

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6329414
(See item 3 in instructions)

Telephone Number: 314-861-8673

Email Address: remi.balogun@bakermckenzie.com

Are you acting as lead counsel in this case? ☐ Yes ☒ No

Are you acting as local counsel in this case? ☐ Yes ☒ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☒ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/12/2019

Attorney signature: S/ A. Remi Balogun
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015